IRVIN P. HOAGLAND et al., appellants,

*v.*

CLIFFORD F. MACEVOY COMPANY, respondent.

[Decided April 27th, 1933.]

*Messrs. Lum, Tamblyn & Colyer* and *Mr. Samuel Kaufman,* for the appellants.

*Mr. Milton M. Unger,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *110 N. J. Eq. 489.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.